**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

---

**No. 04-6805**

---

BARRY HALL,

Plaintiff - Appellant,

versus

BRETT EDMONDS; D. A. BRAXTON,

Defendants - Appellees.

---

Appeal from the United States District Court for the Western District of Virginia, at Roanoke.   Samuel G. Wilson, District Judge.  (CA-04-136)

---

Submitted:  September 9, 2004      Decided:  September 15, 2004

---

Before WILKINSON, MICHAEL, and GREGORY, Circuit Judges.

---

Affirmed by unpublished per curiam opinion.

---

Barry Hall, Appellant Pro Se.

---

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Barry Hall appeals the district court's orders denying relief on his 42 U.S.C. § 1983 (2000) complaint and his subsequent motions to amend his complaint, to alter judgment, and for relief from judgment. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. See Hall v. Edmonds, No. CA-04-136 (W.D. Va. Mar. 24 and Apr. 16, 2004). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED